108 A.3d 1280

COMMONWEALTH of Pennsylvania, Respondent

v.

Zavier SANCHEZ, Petitioner.

No. 179 EM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days of this order.